# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## LMM CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Timothy Crooks     CASE NO. 14- **20403**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $738.83  for months 1 to 30;
   B.   $561.00  for months 31 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $6150.00   TOTAL PAID $1000.00
   Base Fee $3,500.00 plus $150.00 costs
   LMM: $2500.00
   Balance Due  $5150.00 payable $171.67/month  (Months 1 to 30)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Bank of America                LMM Payment: $500.00/mo (Mos 1 to 60)(includes taxes & insurance)
Unit/CA 6-919-02-41
POB 5170
Simi Valley CA 93062
-1294

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay $10.00 /mo. (Mos.31 to 60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Debtor to participate in LMM program and file motion to refer to LMM.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor